UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INSTITUTE FOR ENERGY RESEARCH,

    Plaintiff,

    v.

FEDERAL ENERGY REGULATORY
COMMISSION,

    Defendant.

Civil Action No. 22-cv-3420 (BAH)

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant respectfully moves for summary judgment in its favor.  In support of this motion, Defendant respectfully refers the Court to the accompanying memorandum of law, statement of facts, and agency declaration with the exhibits attached thereto.  A proposed order accompanies this submission.

Dated: March 31, 2023

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  /s/ *Fithawi Berhane*
FITHAWI BERHANE
Assistant United States Attorney
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-6653
Fithawi.Berhane@usdoj.gov

*Counsel for the United States of America*