*IER v. FERC* (1:22-cv-3420, FOIA-22-57 & 58)          *Vaughn* Index          **March 1, 2023**

| Doc. No. | Date | Subject/Author/Recipient | Exemption(s) | Segregable | Justification |
|---|---|---|---|---|---|
| **FOIA-2022-57**<br><br>**Enclosure 1** | April 19 - June 10, | Calendar of Chairman Richard Glick | **Exemption 5 –** deliberative process privilege; pre-decisional<br><br>**Exemption 6** | **Yes** | **Exemption 5** – Redactions applied to protect staff deliberations and topics part of the agency decision-making process. Revealing the combination of timing and topic would chill staff's ability to engage in the Commission's decision-making process.<br><br>**Exemption 6** – Redactions applied to personal information, names of private citizens, passcodes or contact information, and the names of lower-level staff. |
| **FOIA-2022-57**<br><br>**Enclosure 2** | April 19 – June 10, | Calendar of Commissioner Allison Clements | **Exemption 5 –** deliberative process privilege; pre-decisional<br><br>**Exemption 6** | **Yes** | **Exemption 5** – Redactions applied to protect staff deliberations and topics part of the agency decision-making process. Revealing the combination of timing and topic would chill staff's ability to engage in the Commission's decision-making process.<br><br>**Exemption 6** – Redactions applied to personal information, names of private citizens, passcodes or contact information, and the names of lower-level staff. |
| **FOIA-2022-58 Rolling Response 1**<br><br>**Enclosure 1** | Feb. 11 – March 10, 2022 | Verizon generated Agency phone bills reflecting inbound/outbound calls to Sarah Venuto's Agency assigned mobile device | **Exemption 6** | Yes | **Exemption 6** – Redactions applied to personal information (direct phone numbers). |

1

*IER v. FERC* (1:22-cv-3420, FOIA-22-57 & 58)                    *Vaughn* Index                    March 1, 2023

| Doc. No. | Date | Subject/Author/Recipient | Exemption(s) | Segregable | Justification |
|---|---|---|---|---|---|
| **FOIA-2022-58 Rolling Response 1** <br><br> **Enclosure 2** | April 11 – May 10, 2022 | Verizon generated Agency phone bills reflecting inbound/outbound calls to Commissioner Allison Clements' Agency assigned mobile device | **Exemption 6** | Yes | **Exemption 6** – Redactions applied to personal information (direct phone numbers). |
| **FOIA-2022-58 Rolling Response 1** <br><br> **Enclosure 3** | April 11 – May 10, 2022 | Verizon generated Agency phone bills reflecting inbound/outbound calls to Former Chairman Glick's Agency assigned mobile device | **Exemption 6** | Yes | **Exemption 6** – Redactions applied to personal information (direct phone numbers). |
| **FOIA-2022-58 Rolling Response 2** <br><br> **Enclosure 1** | Nov.24–2020 – July 10, 2022 | Verizon generated Agency phone bills reflecting inbound/outbound calls to Commissioner Allison Clement's Agency assigned mobile device | **Exemption 6** | Yes | **Exemption 6** – Redactions applied to personal information (direct phone numbers). |
| **FOIA-2022-58 Rolling Response 2** <br><br> **Enclosure 2** | Nov.24–2020 – July 10, 2022 | Verizon generated Agency phone bills reflecting inbound/outbound calls to Sarah Venuto's Agency assigned mobile device | **Exemption 6** | Yes | **Exemption 6** – Redactions applied to personal information (direct phone numbers). |

**IER v. FERC** (1:22-cv-3420, FOIA-22-57 & 58)                    *Vaughn* Index                    **March 1, 2023**

| Doc. No. | Date | Subject/Author/Recipient | Exemption(s) | Segregable | Justification |
|---|---|---|---|---|---|
| *FOIA-2022-58<br>**Rolling Response 2**<br><br>**Enclosure 3** | March 10, 2021 – June 10, 2022 | Verizon generated Agency phone bills reflecting inbound/outbound calls to Sarah Venuto's Agency assigned mobile device | **Exemption 6** | Yes | **Exemption 6** – Redactions applied to personal information (direct phone numbers). |

\*        Upon further review of the documents provided in FOIA-2022-58, Agency staff determined that Plaintiff was inadvertently sent 2 copies of the same enclosure for the second and final rolling response sent on November 8, 2022.   It appears that Enclosure 2 and Enclosure 3 contain the same documents.   The Agency will provide Plaintiff with the updated disclosure as a supplemental response.  This column reflects the information of the files that should have been provided to Plaintiff.