UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INSTITUTE FOR ENERGY RESEARCH,

     Plaintiff,

     v.

FEDERAL ENERGY REGULATORY
COMMISSION,

     Defendant.

Civil Action No. 22-cv-3420 (BAH)

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's Motion for Summary Judgment, any responses

and replies thereto, and the entire record herein, it is hereby

ORDERED that Defendant's Motion is GRANTED, and it is further

ORDERED that summary judgment is granted in Defendant's favor on Plaintiff's claims

in this action. This is a final appealable order.

It is SO ORDERED this _____ day of _____, 2023.

_____
BERYL A. HOWELL
United States District Judge