UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INSTITUTE FOR ENERGY RESEARCH,

     Plaintiff,

     v.

FEDERAL ENERGY REGULATORY
COMMISSION,

     Defendant.

Civil Action No. 22-cv-3420

## **DEFENDANT'S NOTICE OF SUPPLEMENTAL RELEASE**

On December 15, 2023, Defendant Federal Energy Regulatory Commission released certain previously redacted material to Plaintiff Institute for Energy Research. Notice is provided to the Court that the following records are no longer at issue in this litigation from Request FY22-57:

Calendar of Commissioner Clements

| Entry | Exemption removed |
|---|---|
| 4/20 12:00pm | 6 |
| 4/25 4:00 pm | 5 |
| 4/26 2:15 pm | 5 |
| 4/28 12:00 pm | 5 |
| 4/29 8:30 am | 5 |
| 5/2 2:30 pm | 5 |
| 5/5 12:00 pm | 5 |
| 5/6 4:00 pm | 5 |
| 5/13 1:30pm | 5 |
| 5/17 10:00 am | 5 |
| 5/17 2:00pm | 6 |
| 5/19 12:00 pm | 5 |
| 5/24 9:30 am | 5, 6 |
| 5/25 11:00 am | Changed to 6, clerical error on prior release |
| 5/26 10:00 am | 5 |
| 5/26 11:00 am | 5 |
| 5/26 2:00 pm | 5 |

| | |
|---|---|
| 6/2 9:15 am | 5 |
| 6/2 11:30 am | 5 |
| 6/2 2:00 pm | 5 |
| 6/6 2:00 pm | 5 |
| 6/10 12:00 pm | 5 |
| 6/10 2:00 pm | 5 |
| 4/27 insert 11:30 am | 6 |
| 4/27 insert 3:00 pm | 5 |
| 6/2 insert 9:00 am | 5 |
| 6/2 insert 11:30 am | 5 |
| 6/2 insert 2:00 pm | 5 |

Calendar of Former Chairman Richard Glick

| Entry | Exemption Removed |
|---|---|
| 4/25 2:30 pm | 5 |
| 4/26 9:00 am | 5 |
| 4/28 2:00 pm | 5 |
| 5/9 3:35 pm | Partial 6 |
| 5/13 3:30pm | 5 |
| 5/18 | All 5 and 6 |
| 5/25 3:00 pm | 5 |
| 6/2 9:30am | 5 |
| 6/7 4:00 pm | 5 |
| 6/9 1:00 pm | 5 |
| 6/10 12:45 pm | 5 |
| 6/10 1:00 pm | 5 |

This release reduces the total number of Exemption 5 redactions to three, all of which appear on Former Chairman Glick's Calendar records: April 25 at 3:30pm, May 25 at 10:30am, and May 26 at 2:00 pm. All Exemption 6 redactions made solely on the grounds that the information includes the names of lower-level staff have been released. The material provided to Plaintiff is attached herein.

Date:    January 8, 2023
         Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:    /s/ Fithawi Berhane
       FITHAWI BERHANE
       Assistant United States Attorney
       601 D Street, N.W.
       Washington, D.C. 20530
       (202) 252-6653
       Fithawi.Berhane@usdoj.gov

Attorneys for the United States of America