# April 18, 2022 -
# April 24, 2022



| April 2022 | | | | | | | | May 2022 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa | | Su | Mo | Tu | We | Th | Fr | Sa |
| | | | | | 1 | 2 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 | | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 | | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 | | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 | | 29 | 30 | 31 | | | | |

## Monday, April 18

Non responsive
Non responsive

Non responsive

Non responsive

Non responsive
Non responsive

## Tuesday, April 19

8:30am - 9:00am Miles Allison check in - Allison Clements

9:00am - 9:30am DB (Tues/Fri) (Microsoft Teams Meeting) - Alexander De Taboada

1:00pm - 5:00pm Working Block #1 - Alexander De Taboada

1:30pm - 2:00pm Christie/Clements Bi-Weekly - Allison Clements

3:15pm - 4:00pm GridFWD speaking event (grid modernization equity) - Allison Clements

## Wednesday, April 20

9:00am - 1:00pm Working Block #2 - Alexander De Taboada

9:15am - 10:00am Glick Weekly (Via cell)

12:00pm - 1:00pm Quick & Easy Ways to Support Local Ecosystems in Your Own Yard (Microsoft Teams Meeting) - Sarah Salazar

4:00pm - 4:45pm Meeting Prep (Microsoft Teams Meeting) - Allison Clements

## Thursday, April 21

9:00am - 9:30am Meeting Prep (Microsoft Teams Meeting) - Allison Clements

10:00am - 1:00pm Open Meeting [confirmed]

1:00pm - 1:45pm All-Team #2 (Microsoft Teams Meeting) - Alexander De Taboada

2:00pm - 2:30pm Chairman's Press Conference - April (Dial-in: 877-917-6906; (b) (6)) - John Miller

3:30pm - 4:00pm (b) (6) - Allison Clements

4:00pm - 4:30pm (b) (6) - Allison Clements

## Friday, April 22

(b) (6)

9:00am - 9:30am DB (Tues/Fri) (Microsoft Teams Meeting) - Alexander De Taboada

9:15am - 10:15am (b) (6)

9:30am - 10:00am Monthly | Vivian x Allison (Microsoft Teams Meeting) - Allison Clements

10:00am - 10:30am Monthly | Carol x Allison (Microsoft Teams Meeting) - Allison Clements

10:30am - 11:00am Alison Silverstein | Allison Clements (Microsoft

11:00am - 11:45am Catch up (La Colombe (1710 I St NW,

12:00pm - 1:00pm Lunch w (b) (6)

1:00pm - 2:00pm AC in Transit

2:00pm - 2:30pm Virtual briefing: Commissioner Clements (FERC

3:30pm - 4:00pm (b) (6) (Microsoft

## Saturday, April 23

(b) (6)

(b) (6)

(b) (6)

## Sunday, April 24

# April 25, 2022 - May 1, 2022

| April 2022 | May 2022 |
|---|---|
| SuMo TuWe Th Fr Sa | SuMo TuWe Th Fr Sa |
|                1  2 | 1  2  3  4  5  6  7 |
| 3  4  5  6  7  8  9 | 8  9 10 11 12 13 14 |
| 10 11 12 13 14 15 16 | 15 16 17 18 19 20 21 |
| 17 18 19 20 21 22 23 | 22 23 24 25 26 27 28 |
| 24 25 26 27 28 29 30 | 29 30 31 |



**Monday, April 25**

- 10:30am - 11:00am DB (Monday) (Microsoft Teams Meeting) - Alexander De Taboada
- 11:00am - 11:45am All-Team #1 (Microsoft Teams Meeting) - Alexander De Taboada
- 12:00pm - 12:45pm Lunch
- 1:00pm - 1:30pm NARUC | Clements (Microsoft Teams Meeting) - Alexander De Taboada
- 3:00pm - 3:30pm OGC-EM/OEMR/OEPI | Clements (Microsoft Teams Meeting) - Alexander De Taboada
- 3:30pm - 4:00pm Google | Clements (Microsoft Teams Meeting) - Alexander De Taboada
- 4:00pm - 4:30pm Tx Oversight check-in (Microsoft Teams Meeting) - Vivian Chum
- 5:40pm - 6:15pm (b) (6)
- 6:00pm - 7:00pm (b) (6) -

**Tuesday, April 26**

- HOLD | Hydro Financial Assurance Technical Conference (Staff-Led)
- 8:00am - 8:05am (b) (6)
- 8:30am - 9:00am Miles Allison check in - Allison Clements
- 11:30am - 11:45am Opening Remarks | Tech Conf on Financial
- 11:45am - 12:45pm Panel 1: Protecting Hydro Facilities &
- 12:45pm - 1:00pm Break
- 1:00pm - 1:30pm OEA/Clements Monthly (Microsoft Teams Meeting)
- 1:00pm - 2:15pm Panel 2: Establishing a Financial Assurance
- 2:15pm - 2:45pm Team Clements Track 2 check-in (Microsoft Teams
- 2:45pm - 4:00pm Panel 3: Evaluating Mechanisms for Financial
- 3:00pm - 3:15pm (b) (6) calling
- 4:00pm - 4:15pm Closing Remarks
- 4:30pm - 4:45pm Boston (Pierce Atwood) Prep (Microsoft Teams

**Wednesday, April 27**

- 12:00am  HOLD | Winter Readiness Tech Conference (two half →
- 8:00am - 9:00am (b) (6)
- 8:00am - 11:00am (b) (6)
- 9:15am - 10:00am Glick Weekly  (Via cell)
- 10:00am - 11:00am RETA Additional feedback session on proposed
- 11:00am - 11:30am call matt
- 11:30am - 11:45am Opening Remarks, Day 1 | Tech Conf on
- 11:30am - 5:30pm Updates for Web seminar: Technical Conference
- 11:45am - 2:15pm Panel 1: Cold Weather Preparedness Plans
- 1:30pm - 2:00pm Clements Monthly Intelligence Briefing (Microsoft
- 2:15pm - 2:45pm Break
- 2:30pm - 3:00pm Internship Check-In (Microsoft Teams Meeting) -
- 2:45pm - 5:15pm Panel 2: Planning, Engineering, & Technologies
- More Items...

**Thursday, April 28**

- 12:00am  HOLD | Winter Readiness Tech Conference (two half
- 9:00am - 10:00am OMS Leadership | Comm. Clements (Microsoft
- 11:00am - 5:00pm Invitation to join Web seminar as a panelist:
- 11:30am - 11:45am Opening Remarks, Day 2 | Tech Conf on
- 11:45am - 2:15pm Panel 3: Implementing Cold Weather
- 12:00pm - 1:00pm A.A. Tx Touchpoint #2 (Microsoft Teams Meeting)
- 1:00pm - 1:45pm All-Team #2 (Microsoft Teams Meeting) - Alexander
- 2:00pm - 3:00pm HOLD | AC Laptop Replacement
- 2:15pm - 2:45pm Break
- 2:45pm - 5:15pm Panel 4: Communications, Coordination,
- 3:00pm - 3:30pm Call WP
- 4:00pm - 4:30pm Rich calling
- 5:00pm - 7:00pm (b) (6)
- 5:15pm - 5:30pm Closing Remarks

**Friday, April 29**

- (b) (6) →
- 8:30am - 9:00am MPLX Ozark (Microsoft Teams Meeting) - Byron Corum
- 9:00am - 9:30am DB (Tues/Fri) (Microsoft Teams Meeting) - Alexander De Taboada
- 9:15am - 10:15am (b) (6)
- 9:30am - 10:00am Monthly | Byron x Allison (Microsoft Teams Meeting) - Allison Clements
- 10:25am - 11:55am (b) (6)
- 12:00pm - 12:45pm Lunch
- 1:00pm - 1:30pm (b) (6)
- 3:00pm - 3:50pm (b) (6)
- 4:30pm - 5:00pm Hold

**Saturday, April 30**

- (b) (6) →
- (b) (6)
- (b) (6)
- (b) (6)
- (b) (6)

**Sunday, May 1**

- (b) (6)



# May 2, 2022 - May 8, 2022

| May 2022 | | | | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

| June 2022 | | | | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

## Monday, May 2

- 10:30am - 11:00am DB (Monday) (Microsoft Teams Meeting) - Alexander De Taboada
- 11:00am - 11:45am All-Team #1 (Microsoft Teams Meeting) - Alexander De Taboada
- 12:00pm - 12:45pm Lunch
- 1:00pm - 1:30pm Peter Wells - Commissioner Clements WATT Summit Intro Call
- 1:30pm - 2:00pm ACP | Clements (Microsoft Teams Meeting) - Alexander De Taboada
- 2:30pm - 3:00pm Senate outreach meetings prep session (Microsoft Teams Meeting) - Mary Yang
- 3:00pm - 3:30pm SV calling
- 5:40pm - 6:10pm (b) (6)
- 6:00pm - 7:00pm (b) (6) -
- (b) (6)

## Tuesday, May 3

- 6:30am - 7:15am (b) (6)
- 8:30am - 9:00am Miles Allison check in - Allison Clements
- 9:00am - 9:30am DB (Tues/Fri) (Microsoft Teams Meeting) - Alexander De Taboada
- 10:00am - 10:30am OEIS | Clements Monthly (Microsoft Teams Meeting) - Alexander De Taboada
- 10:30am - 11:00am CISA (Microsoft Teams Meeting) - Byron Corum
- 12:00pm - 12:30pm NASUCA | Clements (Microsoft Teams Meeting) - Alexander De Taboada
- 1:00pm - 5:00pm Working Block #1 - Alexander De Taboada
- 1:00pm - 5:00pm (b) (6)
- 1:30pm - 2:00pm Christie/Clements Bi-Weekly - Allison Clements
- 2:30pm - 3:00pm Phillips/Clements Bi-Weekly (Microsoft Teams Meeting) - Allison Clements
- 4:00pm - 5:30pm International Regulatory Futures Forum - Spring

## Wednesday, May 4

- 9:00am - 1:00pm Working Block #2 - Alexander De Taboada
- 9:15am - 9:30am Check In (Microsoft Teams Meeting) - Mary Yang
- 9:15am - 10:00am Glick Weekly (Via cell)
- 12:00pm - 12:45pm Lunch
- 12:30pm - 12:45pm call charles
- 1:30pm - 2:00pm Senator Markey meeting - Mary Yang
- 2:30pm - 3:00pm Senator Hickenlooper meeting - Mary Yang
- 4:30pm - 5:00pm Senator Whitehouse meeting - Mary Yang

## Thursday, May 5

- 8:30am - 9:00am Allison | Mary Weekly Check In (Microsoft Teams Meeting) - Allison Clements
- 8:45am - 9:15am Senator King meeting - Mary Yang
- 10:30am - 11:00am Call Dan
- 11:00am - 11:30am OPP | Clements Monthly (Microsoft Teams Meeting) - Alexander De Taboada
- 12:00pm - 1:00pm A.A. Tx Touchpoint #2 (Microsoft Teams Meeting)
- 1:00pm - 1:30pm OE | Clements Bi-Weekly (Microsoft Teams Meeting) - Alexander De Taboada
- 1:30pm - 2:15pm All-Team #2 (Microsoft Teams Meeting) - Alexander De Taboada
- 2:30pm - 3:00pm OceanWinds | Clements (Suite 11D, 888 First Street NE, Washington, DC, 20426) - Alexander De Taboada
- 5:00pm - (b) (6)

## Friday, May 6

- 12:00am Allison reading wknd - Allison Clements →
- 9:00am - 9:30am DB (Tues/Fri) (Microsoft Teams Meeting) - Alexander De Taboada
- 9:15am - 10:15am (b) (6)
- 9:30am - 4:00pm FW: FERC NARUC Task Force Speaker Zoom links (ZOOM ) - Michelle Malloy
- 9:45am - 10:00am TaskForce | Tech Check
- 10:00am - 10:15am TaskForce | Welcome and Introductions
- 10:00am - 4:00pm FERC NARUC Joint Task Force Meeting - Allison Clements
- 10:15am - 12:15pm TaskForce | Topic 1: Generator Interconnection
- 12:15pm - 1:15pm TaskForce | Lunch
- 1:15pm - 3:45pm TaskForce | Topic 2: Cost Allocation for
- 3:45pm - 4:00pm TaskForce | Closing Remarks
- 4:00pm - 5:00pm HOLD | DOE re: OSW

## Saturday, May 7

- Allison reading wknd - Allison Clements →
- (b) (6)

## Sunday, May 8

- 12:00am Allison reading wknd - Allison Clements
- 11:30am - 12:30pm Clements team call (Microsoft Teams Meeting) - Allison Clements

7/1/2022 11:48 AM



# May 9, 2022 - May 15, 2022

**May 2022**
SuMo TuWe Th Fr Sa
            1  2  3  4  5  6  7
 8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

**June 2022**
SuMo TuWe Th Fr Sa
            1  2  3  4
 5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30

## Monday, May 9

- 10:30am - 11:00am DB (Monday) (Microsoft Teams Meeting) - Alexander De Taboada
- 11:00am - 11:45am All-Team #1 (Microsoft Teams Meeting) - Alexander De Taboada
- 12:00pm - 12:45pm Lunch
- 12:30pm - 1:30pm Clements/Christie (Suite 11D, FERC HQ) - Alexander De Taboada
- 1:30pm - 3:00pm Read open mtg
- 3:00pm - 3:30pm OGC-EM/OEMR/OEPI | Clements (Microsoft Teams Meeting) - Alexander De Taboada
- 3:30pm - 4:00pm Check In (Microsoft Teams Meeting) - Mary Yang
- 5:30pm - 6:15pm (b) (6)
- 6:00pm - 7:00pm (b) (6) -
- (b) (6)

## Tuesday, May 10

- 8:00am EBA 2022 Annual Meeting & Conference (Marriot Marquis, Washington, DC) →
- 8:30am - 9:00am Miles Allison check in - Allison Clements
- 9:00am - 9:30am DB (Tues/Fri) (Microsoft Teams Meeting) - Alexander De Taboada
- 10:00am - 11:30am Prep for Hydro/Gas/Certificates Pre-Agenda (Microsoft Teams Meeting) - Alexander De Taboada
- 10:00am - 11:00am Natural Gas Supply Association 2022 Summer Outlook for Natural Gas (Zoom meeting--details below) - Mary
- 11:10am - 11:35am Arash Ghodsian (EDF) (Starbucks in the Marriot
- 11:45am - 12:10pm Jason Marshall @ EBA (Starbucks (901
- 12:00pm - 2:00pm EBA Luncheon (AC @ "VIP Table")
- 3:00pm - 3:30pm Monthly Reliability Meeting With Commissioner
- 3:30pm - 4:00pm Pierce Atwood Symposium Prep (Microsoft Teams
- 4:30pm - 5:00pm (b) (6)

## Wednesday, May 11

- 2:00pm EBA 2022 Annual Meeting & Conference (Marriot Marquis, Washington, DC)
- 5:00pm Pierce Atwood Keynote - Boston (details w/i) →
- 9:00am - 9:30am Diane Burman Coffee (Starbucks in Marriott Marquis (901 Massachusetts Ave NW, Washington, DC 20001))
- 9:00am - 1:00pm Working Block #2 - Alexander De Taboada
- 9:15am - 10:00am Glick Weekly (Via cell)
- 9:30am - 10:00am Megan Decker (Starbucks in Marriott Marquis (901 Massachusetts Ave NW, Washington, DC 20001))
- 10:00am - 11:30am Prep for Electric Pre-Agenda (Microsoft Teams Meeting) - Alexander De Taboada
- 11:00am - 2:00pm (b) (6)
- 12:00pm - 12:45pm Lunch
- 3:30pm - 7:00pm Allison to Boston

## Thursday, May 12

- 7:00pm Pierce Atwood Keynote - Boston (details w/i)
- 7:00am - 8:00am Judy | Allison (TBD) - Allison Clements
- 7:30am - 8:15am PA | Registration & Continental Breakfast
- 8:15am - 8:30am PA | Welcome: Sarah Tracy
- 8:30am - 9:00am Allison | Mary Weekly Check In (Microsoft Teams
- 8:30am - 9:00am PA | Opening Keynote: Judy Chang
- 9:00am - 10:00am PA | Offshore Wind & Associated Infrastructure
- 10:15am - 11:00am PA | Case Study: Developments in Storage
- 11:00am - 11:45am PA | Case Study: Developments in
- 12:00pm - 1:00pm Pierce Atwood | Luncheon Keynote
- 1:15pm - 2:45pm PA | Panel 3: Cleaner Carbon Thermal Resrouces
- 2:00pm - 6:00pm Allison back from Boston
- 2:00pm - 2:30pm HOLD | Colette (Dominion)

More Items...

## Friday, May 13

- 8:00am - 9:00am (b) (6)
- 9:15am - 10:15am (b) (6)
- 9:30am - 10:00am Monthly | Vivian x Allison (Microsoft Teams Meeting) - Allison Clements
- 10:30am - 11:00am PPL | Clements - Dynamic Line Ratings (Microsoft Teams Meeting) - Alexander De Taboada
- 11:00am - 11:30am All-Team #2 (Microsoft Teams Meeting) - Alexander De Taboada
- 1:30pm - 2:30pm A.A. Tx Touchpoint #2 (Microsoft Teams Meeting) - Allison Clements
- 2:30pm - 3:00pm confirm deadline (b) (6)

## Saturday, May 14

- (b) (6)
- (b) (6)
- (b) (6)

## Sunday, May 15

7/1/2022 11:48 AM

# May 16, 2022 - May 22, 2022

May 2022
Su Mo Tu We Th Fr Sa
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

June 2022
Su Mo Tu We Th Fr Sa
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30



## Monday, May 16

- 8:00am - 8:30am (b) (6)
- 11:00am - 11:45am All-Team #1 (Microsoft Teams Meeting) - Alexander De Taboada
- 11:30am - 12:00pm DB (Monday) (Microsoft Teams Meeting) - Alexander De Taboada
- 12:00pm - 12:45pm Lunch
- 2:30pm - 3:00pm FW: Discussion of CAISO Summer Outlook with Commissioner Clements (Via telephone) - aulmer@caiso.com
- 2:30pm - 3:00pm Meeting with CAISO on Summer Readiness- Elliot Mainzer, Mark Rothleder (Phone Call) - Byron Corum
- 4:00pm - 4:30pm Hold for Clements - MISO (Microsoft Teams Meeting) - Byron Corum
- 4:00pm - 4:30pm Hold for MISO - Byron Corum
- 6:00pm - 7:00pm (b) (6)

## Tuesday, May 17

- 8:30am - 9:00am Miles Allison check in - Allison Clements
- 9:00am - 10:00am (b) (6)
- 10:00am - 10:30am MVP Notational (Microsoft Teams Meeting) - Vivian Chum
- 11:30am - 1:30pm (b) (6)
- 1:00pm - 5:00pm Working Block #1 - Alexander De Taboada
- 2:00pm - 3:00pm Sandia National Lab Study Presentation Meeting (Microsoft Teams Meeting) - LaKeesha Edmonds
- 6:00pm - 7:00pm HOLD | IT re: GETS (Cellular)

## Wednesday, May 18

- 9:15am - 10:00am Glick Weekly (Via cell)
- 10:00am - 10:30am Robert Scott (In Person Meeting) (Allison's office)
- 10:00am - 10:30am IN-PERSON May Commission Meeting Dress Rehearsal (Commission Hearing Room - FERC HQ) - Adriane Bowman
- 11:00am - 11:30am Christie/Clements Bi-Weekly - Allison Clements
- 12:00pm - 1:00pm May Commissioner's Brown Bag Lunch (112-4 ECR - Executive Conference Room) - Rich Glick
- 1:00pm - 1:30pm WEIL (SLC) + Watt Summit (Dallas) Prep (Microsoft Teams Meeting) - Mary Yang
- 2:30pm - 3:00pm Phillips/Clements Bi-Weekly (Microsoft Teams
- 3:00pm - 3:45pm Open Meeting Prep (Microsoft Teams Meeting) -
- 3:15pm - 4:15pm (b) (6)
- 4:00pm - 5:00pm (b) (6)

## Thursday, May 19

- 5:00pm Allison to SLC - Allison Clements →
- 8:30am - 9:00am Allison | Mary Weekly Check In (Microsoft Teams Meeting) - Allison Clements
- 9:00am - 9:30am Open Meeting Prep (Microsoft Teams Meeting) - Allison Clements
- 10:00am - 12:00pm Open Meeting [confirmed]
- 12:00pm - 1:00pm A.A. Tx Touchpoint #2 (Microsoft Teams Meeting)
- 12:00pm - 12:45pm Lunch
- 1:00pm - 1:45pm All-Team #2 (Microsoft Teams Meeting) - Alexander De Taboada
- 2:00pm - 2:30pm Chairman's Press Conference - May (Dial-in: 877-917-6906; (b) (6) ) - John Miller
- 3:15pm - 5:00pm Arrive at DCA at 4pm (by 4:10pm)
- 5:10pm - 9:48pm Flight# DL1446 from DCA -> SLC  (4 hours and

## Friday, May 20

- Allison to SLC - Allison Clements →
- 9:15am - 10:15am (b) (6)
- 11:00am - 11:30am Stefan Bird (9 Mountain Time)
- 12:00pm - 12:45pm WEIL Remarks/Meeting (10 Mountain Time)
- 1:00pm - 1:30pm WECC Staff Meeting (11 Mountain time)
- 2:30pm - 4:00pm (b) (6)

## Saturday, May 21

- 2:30am Allison to SLC - Allison Clements
- 11:00am - 4:00pm Al SLC to DCA - Allison Clements
- (b) (6)

## Sunday, May 22

- 12:00am Dallas - WATT Coalition Keynote/Fireside Chat →
- 3:00pm Allison to Dallas - Allison Clements →
- 4:55pm - 8:10pm Flight# WN542 from DCA -> DAL  (3 hours and 15 mins.) - Allison Clements

7/1/2022 11:48 AM

# May 23, 2022 - May 29, 2022

May 2022
SuMo TuWe Th Fr Sa
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

June 2022
SuMo TuWe Th Fr Sa
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30



**Monday, May 23**
- 12:00am Dallas - WATT Coalition Keynote/Fireside Chat
- 6:00pm Allison to Dallas - Allison Clements
- 10:00am - 12:30pm WATT Keynote/Fireside
- 3:25pm - 6:15pm Flight# WN211 from DAL -> DCA (2 hours and 50 mins.) - Allison Clements
- 6:00pm - 7:00pm (b) (6)

**Tuesday, May 24**
- 8:30am - 9:00am Miles Allison check in - Allison Clements
- 9:30am - 10:30am CAISO/NYISO Compliance Check In (Microsoft Teams Meeting) - Nicole Businelli
- 11:00am - 11:30am (b) (6)
- 11:30am - 12:15pm All-Team #1 (Microsoft Teams Meeting) - Alexander De Taboada
- 12:00pm - 12:45pm Lunch
- 12:30pm - 1:00pm FOIA Tracking / Check In (Microsoft Teams Meeting) - Mary Yang
- 1:00pm - 5:00pm Working Block #1 - Alexander De Taboada
- 2:30pm - 3:00pm DB (Tues/Fri) (Microsoft Teams Meeting) - Alexander De Taboada
- 3:00pm - 3:30pm Alex Check-in

**Wednesday, May 25**
- 7:00am - 8:00am (b) (6)
- 9:00am - 1:00pm Working Block #2 - Alexander De Taboada
- 9:15am - 10:00am Glick Weekly (Via cell)
- 10:00am - 10:30am Monthly | Byron x Allison (Microsoft Teams Meeting) - Allison Clements
- 11:45am - 1:15pm BM Lunch (Fig and Olive in City Center (934 Palmer Alley))
- 1:30pm - 2:00pm Clements Monthly Intelligence Briefing (Microsoft Teams Meeting) - Alexander De Taboada
- 2:15pm - 3:00pm IL Deputy Governors | FERC Comm. Clements (Microsoft Teams Meeting) - Alexander De Taboada
- 3:00pm - 3:30pm Check In (Microsoft Teams Meeting) - Mary Yang
- 5:00pm - 6:00pm Allison-Jette catch up (meet in the lobby?) - Jette Gebhart

**Thursday, May 26**
- 8:30am - 9:30am MB Breakfast (Little Red Fox)
- 10:00am - 10:45am Ameren - In Person Meeting Re: Track I NOPR (Clements Suite) - Byron Corum
- 11:00am - 12:00pm A.A. Tx Touchpoint #2 (Microsoft Teams Meeting) - Allison Clements
- 12:00pm - 12:45pm Lunch
- 1:00pm - 1:15pm Stephanie Eyocko stopping up - Byron Corum
- 1:30pm - 2:00pm Mary | Allison Weekly Check-in (Microsoft Teams Meeting) - Allison Clements
- 2:00pm - 3:00pm Order No. 2222 Discussion (CAISO and NYISO) (Microsoft Teams Meeting) - Byron Corum
- 3:00pm - 3:45pm All-Team #2 (Microsoft Teams Meeting) - Alexander De Taboada
- 3:30pm - 4:00pm Allison in transit

**Friday, May 27**
- 9:15am - 10:15am (b) (6)
- 12:30pm - 2:30pm AC in Transit

**Saturday, May 28**
- (b) (6)

**Sunday, May 29**
- (b) (6)

7/1/2022 11:48 AM



# May 30, 2022 –
# June 5, 2022

| May 2022 | June 2022 |
| --- | --- |
| SuMo TuWe Th Fr Sa | SuMo TuWe Th Fr Sa |
| 1 2 3 4 5 6 7 | 1 2 3 4 |
| 8 9 10 11 12 13 14 | 5 6 7 8 9 10 11 |
| 15 16 17 18 19 20 21 | 12 13 14 15 16 17 18 |
| 22 23 24 25 26 27 28 | 19 20 21 22 23 24 25 |
| 29 30 31 | 26 27 28 29 30 |

## Monday, May 30

- Memorial Day
- 8:00am - (b) (6)
- 6:00pm - 7:00pm (b) (6)

## Tuesday, May 31

- 9:00am - 9:30am DB (Tues/Fri) (Microsoft Teams Meeting) - Alexander De Taboada
- 9:00am - 10:00am (b) (6)
- 9:30am - 10:00am Monthly | Carol x Allison (Microsoft Teams Meeting) - Allison Clements
- 2:00pm - 2:45pm All-Team #1 (Microsoft Teams Meeting) - Alexander De Taboada
- 2:00pm - 5:00pm Working Block #1 - Alexander De Taboada
- 4:00pm - 6:00pm (b) (6) - Allison Clements
- 4:15pm - 4:45pm Mary | Allison Weekly Check-in (Microsoft Teams Meeting) - Allison Clements

## Wednesday, June 1

- 8:00am - 9:00am (b) (6) - Allison Clements
- 9:15am - 10:00am Glick Weekly (Via cell)
- 11:45am - 12:00pm Welcome Interns (Click here to join the meeting )
- 12:00pm - 12:45pm Lunch
- 1:30pm - 2:00pm Secretary Granholm (Forrestal Building (1000 Independence Ave SW)) - Allison Clements
- 3:00pm - 3:30pm Phillips/Clements Bi-Weekly (Microsoft Teams Meeting) - Allison Clements
- 4:00pm - 6:00pm (b) (6) - Allison Clements

## Thursday, June 2

- 8:00am - 9:00am (b) (6) - Allison Clements
- 9:15am - 10:00am A.A. Tx Touchpoint #2 (Microsoft Teams Meeting)
- 10:00am - 10:30am Miles | Allison Check-in (Microsoft Teams
- 10:30am - 11:00am WIRES | Clements (888 First St NW, Suite 11D,
- 11:00am - 11:30am OPP | Clements Monthly (Microsoft Teams
- 11:30am - 11:45am Quick 2222 check (Microsoft Teams Meeting) -
- 12:00pm - 12:45pm Lunch
- 1:00pm - 2:00pm OGC Solicitor | Clements Quarterly (Microsoft
- 2:00pm - 2:30pm DOE EERE | FERC Comm. Clements - OSW
- 2:30pm - 3:00pm Strategic Planning (Microsoft Teams Meeting) -
- 3:30pm - 4:00pm Monthly | Vivian x Allison (Microsoft Teams
- 3:30pm - 4:00pm (b) (6) - Allison Clements
- 4:00pm - 4:30pm discuss energy conference

More Items...

## Friday, June 3

- 12:00am AI reading wknd - Allison Clements →
- 9:15am - 10:15am (b) (6)
- 9:45am - 12:15pm Allison on train
- 10:00am - 10:30am DB (Tues/Fri) (Microsoft Teams Meeting) - Alexander De Taboada
- 10:30am - 11:00am OE | Clements Bi-Weekly (Microsoft Teams Meeting) - Alexander De Taboada
- 12:00pm - 12:45pm Lunch
- 1:00pm - 1:45pm CTC Global | Clements (Microsoft Teams Meeting) - Alexander De Taboada
- 2:00pm - 2:45pm All-Team #2 (Microsoft Teams Meeting) - Alexander De Taboada
- 4:00pm - 6:00pm (b) (6) - Allison Clements
- 6:00pm - 9:00pm (b) (6) wedding - Allison Clements

## Saturday, June 4

- AI reading wknd - Allison Clements →
- (b) (6)
- (b) (6)
- (b) (6)
- (b) (6)

## Sunday, June 5

- 12:00am AI reading wknd - Allison Clements
- (b) (6)

7/1/2022 11:48 AM

# June 6, 2022 –
# June 12, 2022

| June 2022 | July 2022 |
|---|---|
| SuMo TuWe Th Fr Sa | SuMo TuWe Th Fr Sa |
|       1  2  3  4 |           1  2 |
| 5  6  7  8  9 10 11 | 3  4  5  6  7  8  9 |
| 12 13 14 15 16 17 18 | 10 11 12 13 14 15 16 |
| 19 20 21 22 23 24 25 | 17 18 19 20 21 22 23 |
| 26 27 28 29 30 | 24 25 26 27 28 29 30 |
| | 31 |



## Monday, June 6

- 9:00am - 10:00am (b) (6) ▮
- 9:30am - 11:00am NON-IN SCI Indoctrination (Max Capacity - 15) (GA-293 Conference Room) - INPERSEC
- 12:00pm - 12:45pm All-Team #1 (Microsoft Teams Meeting) - Alexander De Taboada
- 1:00pm - 1:30pm Earthjustice | Clements (Microsoft Teams Meeting) - Alexander De Taboada
- 1:30pm - 2:00pm Christie/Clements Bi-Weekly - Allison Clements
- 2:00pm - 2:30pm Track II Update (Microsoft Teams Meeting) - Vivian Chum
- 2:30pm - 3:00pm Invenergy | Clements (Microsoft Teams Meeting) - Alexander De Taboada
- 4:00pm - 4:30pm Steven | Clements (Clements Office (11D)) - Allison
- 5:36pm Your Itinerary: DCA-PDX, (b) (6) (Ronald Reagan →
- 6:00pm - 7:00pm Canceled: (b) (6) -

## Tuesday, June 7

- 8:00am - 9:00am (b) (6) Allison Clements ▮▮
- 10:00am - 11:30am Prep for Hydro/Gas/Certificates Pre-Agenda (Microsoft Teams Meeting) - Alexander De Taboada ▮
- 10:30am - 11:00am (b) (6)
- 11:00am - 11:30am DB (Tues/Fri) (Microsoft Teams Meeting) - Alexander De Taboada ▮
- 11:30am - 12:00pm OGC-EM/OEMR/OEPI | Clements (Microsoft Teams Meeting) - Alexander De Taboada
- 12:30pm - 1:00pm Xcel Energy | Clements (Microsoft Teams Meeting) - Alexander De Taboada
- 1:00pm - 1:30pm OEIS | Clements Monthly (Microsoft Teams Meeting) - Alexander De Taboada ▮
- 2:00pm - 5:00pm Working Block #1 - Alexander De Taboada ▮
- 4:00pm - 6:00pm (b) (6) - Allison Clements ▮

## Wednesday, June 8

- 8:00am - 8:45am Electricity Canada (Byrdsmiles) - Allison Clements
- 9:15am - 10:00am Glick Weekly (Via cell)
- 10:00am - 10:30am PG&E | Clements (Microsoft Teams Meeting) - Alexander De Taboada
- 10:30am - 12:00pm Prep for Electric Pre-Agenda (Microsoft Teams Meeting) - Alexander De Taboada ▮
- 12:45pm - 2:15pm CESA Member Meeting Speech @ 12:45 (In person, DC) - Allison Clements
- 3:30pm - 4:00pm (b) (6) ▮
- 4:00pm - 6:00pm (b) (6) - Allison Clements ▮

## Thursday, June 9

- 8:00am - 9:00am (b) (6) - Allison Clements ▮▮
- 8:00am - 8:30am (b) (6)
- 9:30am - 10:00am Miles | Allison Check-in (Microsoft Teams Meeting) - Allison Clements ▮
- 10:30am - 12:00pm (b) (6) ▮
- 1:00pm - 1:45pm All-Team #2 (Microsoft Teams Meeting) - Alexander De Taboada ▮
- 1:00pm - 2:00pm (b) (6)
- 3:30pm - 4:00pm (b) (6) - Allison Clements ▮
- 4:30pm - 5:45pm (b) (6) - Allison Clements ▮

## Friday, June 10

- 9:00am - 9:30am DB (Tues/Fri) (Microsoft Teams Meeting) - Alexander De Taboada
- 9:00am - 10:00am (b) (6) ▮
- 9:15am - 10:15am (b) (6) ▮
- 10:30am - 11:00am Dominion | Clements (Microsoft Teams Meeting) - Alexander De Taboada
- 11:00am - 11:30am Renardo (SoCalEdison) | Clements (Microsoft Teams Meeting) - Alexander De Taboada
- 11:30am - 12:00pm Project Canary | Clements (Microsoft Teams Meeting) - Alexander De Taboada
- 12:00pm - 1:00pm A.A. Tx Touchpoint #2 (Microsoft Teams Meeting)
- 2:00pm - 2:15pm Touch base on Freeport LNG (Microsoft Teams Meeting) - Carol Clayton
- 4:00pm - 6:00pm (b) (6) - Allison Clements ▮

## Saturday, June 11

- Non responsive
- Non responsive
- Non responsive
- Non responsive

## Sunday, June 12

- Non responsive

7/1/2022 11:48 AM

# April 27, 2022
Wednesday



# June 2, 2022
Thursday

**June 2022**

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    | 1  | 2  | 3  | 4  |
| 5  | 6  | 7  | 8  | 9  | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 |    |    |

**July 2022**

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    |    | 1  | 2  |
| 3  | 4  | 5  | 6  | 7  | 8  | 9  |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 |    |    |    |    |    |    |

## THURSDAY 2

**7 AM**

**8**
(b) (6)
Allison Clements 🔒

**9**
**A.A. Tx Touchpoint #2**
Microsoft Teams Meeting; Allison Clements

**10**
**Miles | Allison Check-in;** Microsoft Teams Meeting; Allison Clements

**WIRES | Clements;** 888 First St NW, Suite 11D, Washington, DC 20426; Alexander De Tab

**11**
**OPP | Clements Monthly;** Microsoft Teams Meeting; Alexander De Taboada

**Quick 2222 check;** Microsoft Teams Meeting; Byron Corum

**12 PM**
**Lunch**

**1**
**OGC Solicitor | Clements Quarterly**
Microsoft Teams Meeting
Alexander De Taboada

**2**
**DOE EERE | FERC Comm. Clements - OSW Briefing;** Microsoft Teams Meeting; Alexande

**Strategic Planning;** Microsoft Teams Meeting; Alexander De Taboada

**3**
**Monthly | Vivian x Allison;** Microsoft T...

(b) (6) ; Allison Cleme

**4**
**discuss energy conference;** https://dorsey.zoom.us/j/93642375260?pwd=QU1ISkhIOHB6

**Event Prep;** Microsoft Teams Meeting; Mar

(b) (6)
Allison Clements

**5**

**6**

### Daily Task List
Arrange by: Due Date

### Notes

7/6/2022 10:03 AM

# May 12, 2022
## Thursday

May 2022
SuMo TuWe Th Fr Sa
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

June 2022
SuMo TuWe Th Fr Sa
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30



THURSDAY

12

← From May 11    Pierce Atwood Keynote - Boston (details w/i)    7:00pm

**7 AM** — Judy | Allison / TBD / Allison Clements

PA | Registration & Continental Breakfast

**8** — PA | Welcome: Sarah Tracy

Allison | Mary Weekly Check In; Micro

PA | Opening Keynote: Judy Chang

**9** — PA | Offshore Wind & Associated Infrastructure in NE

**10** — PA | Case Study: Developments in Storage

**11** — PA | Case Study: Developments in Transmission

**12 PM** — Pierce Atwood | Luncheon Keynote

**1** — PA | Panel 3: Cleaner Carbon Thermal Resrouces

**2** — Allison back from Boston    HOLD | Colette (Dominion

**3** — PA | Panel 4: The New Revenue Model

**4** — PA | Closing Remarks: Kris

**5**

**6**

Daily Task List

Arrange by: Due Date

Notes

7/6/2022 10:02 AM