# April 18, 2022 - April 24, 2022

| April 2022 | | | | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

| May 2022 | | | | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

## Monday, April 18

- 11:00 - 12:00 Team Glick Staff Meeting (Hybrid (112-4 Executive Conference Room & Microsoft Teams)) - Rich Glick
- 12:30 - 13:00 John Bear MISO (Microsoft Teams Meeting) - Rich Glick
- 14:30 - 15:00 OEP Monthly w/ Chairman (Microsoft Teams Meeting) - Rich Glick
- 15:00 - 15:30 Finish iPad & iPhone Upgrades - Rich Glick
- 16:00 - 17:00 NERC one-on-one (WebEx)

## Tuesday, April 19

- 11:30 - 12:00 Prep Call: NJBPU President Fiordaliso, Rich Heidorn (RTO Insider) & Business Network for Offshore Wind (Microsoft Teams) - Rich Glick
- 12:00 - 14:00 BLOCK (Do not schedule)
- 13:30 - 14:00 ES/MC/PQ Check-In (Microsoft Teams Meeting) - Rich Glick
- 14:00 - 15:00 Prep w/ OEA for Open Mtg. & Press Conference (Microsoft Teams Meeting) - Rich Glick
- 15:30 - 16:00 Commissioner Christie - Rich Glick
- 16:30 - 16:45 Joy Ditto (APPA) (Chairman's Conference Line) - Rich Glick

## Wednesday, April 20

- 9:15 - 10:00 Commissioner Clements
- 10:00 - 10:30 Hold for Dress Rehearsal
- 10:00 - 10:30 IN-PERSON April Commission Meeting Dress Rehearsal (Commission Hearing Room - FERC HQ) - Adriane Bowman
- 12:00 - 13:00 Commissioner's Brown Bag Lunch (112-1 Comm Library) - Rich Glick
- 13:00 - 15:00 BLOCK (Do not schedule)

## Thursday, April 21

- 10:00 - 12:00 Commission Meeting
- 13:00 - 13:15 Nick Akins (AEP) (Microsoft Teams)
- 13:30 - 13:45 Stan Connally (Southern Co.) (Microsoft Teams) - Rich Glick
- 13:45 - 14:00 Tom Kuhn (EEI) (Call Tom Kuhn's Cell)
- 14:00 - 14:30 Chairman's Press Conference - April (Leaders) (Teleconference: ███████ (b) (6)) - Adriane Bowman
- 14:00 - 14:30 Chairman's Press Conference - April (Dial-in: ███████; (b) (6)) - John Miller
- 18:00 - 22:00 HOLD ███ (b) (6)

## Friday, April 22

- (b) (6) Out
- 9:00 - 10:00 Virtual Coffee with Chairman Glick (Microsoft Teams Meeting) - Rich Glick
- 11:00 - 11:15 John Ketchum (NextEra) (WebEx)
- 11:30 - 12:00 New York Transco LLC (Microsoft Teams Meeting) - Rich Glick
- 12:15 - 12:30 Calvin Butler (Exelon) (Microsoft Teams)
- 12:30 - 12:45 Bill Fehrman (Berkshire Hathaway Energy) (Microsoft Teams Meeting)
- 13:00 - 13:30 Project Canary (Microsoft Teams Meeting) - Rich Glick
- 13:30 - 14:00 Prep for Hydro Financial Assurance Tech Conf - Rich Glick
- 14:00 - 14:15 Chairman Glick -- Commissioner Phillips - Rich Glick
- 14:15 - 15:30 OUT
- 15:30 - 16:00 Montina/Rich Check-in - Montina Cole

## Saturday, April 23

## Sunday, April 24

# April 25, 2022 - May 1, 2022



April 2022
SuMo TuWe Th Fr Sa
                1  2
3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

May 2022
SuMo TuWe Th Fr Sa
1  2  3  4  5  6  7
8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

## Monday, April 25

- **11:00 - 12:00 Team Glick Staff Meeting** (Hybrid (112-4 Executive Conference Room & Microsoft Teams)) - Rich Glick
- **14:00 - 14:30 New England Forum** (Microsoft Teams Meeting) - Rich Glick
- **14:30 - 15:30 Track 2 Discussion** (Microsoft Teams Meeting) - Rich Glick
- **15:30 - 16:00 (b) (5)** (Microsoft Teams Meeting) - Rich Glick
- **16:00 - 16:30 AABE Keynote Prep Call** (Microsoft Teams)

## Tuesday, April 26

- **9:00 - 10:00 ELCC Briefing for Chairman** (Microsoft Teams Meeting) - Rich Glick
- **10:00 - 11:00 Projects** (Microsoft Teams Meeting) - Rich Glick
- **11:15 - 14:15 Hydro Financial Assurance Tech. Conference** (WebEx)
- **12:30 - 13:00 Chairman's Monthly Intelligence Update (ICD)** (Microsoft Teams Meeting) - Rich Glick
- **13:30 - 15:30 BLOCK (Do not schedule)**
- **15:30 - 15:45 Lynn Good (Duke Energy)** (Microsoft Teams)
- **17:00 - 20:30 Drive to Atlantic City, NJ**

## Wednesday, April 27

- **0:00 (b) (6)** Out →
- **In Atlantic City, NJ**
- **8:00 - 8:30 IN-PERSON: EU Director-General Jørgensen** (Atlantic City Convention Center, Room 305) - Rich Glick
- **9:15 - 10:00 Commissioner Clements**
- **10:30 - 10:40 Liz Burdock** (Backstage @ IPF 2022)
- **10:50 - 11:10 2022 International Offshore Wind Partnering Forum** (Atlantic City Convention Center, Atlantic City, NJ)
- **11:15 - 12:15 Meeting Room Reservation: Chairman Glick for Tech Conference Opening Remarks** (Atlantic City Convention Center, Room 320)
- **11:30 - 17:30 Joint FERC-NERC Winter Readiness Tech Conf**
- **13:15 - 14:30 U.S.-EU Business Forum** (Atlantic City Convention Center, Atlantic City, NJ)
- **14:00 - 17:30 Drive to DC**

## Thursday, April 28

- **← (b) (6)** Out →
- **11:30 - 17:30 Joint FERC-NERC Winter Readiness Tech Conf**
- **12:30 - 13:00 Biweekly with Ali A. Zaidi (WHO)** (Zoom) - Rich Glick
- **13:00 - 15:00 BLOCK (Do not schedule)**
- **14:00 - 14:30 Track 2 check-in** (Microsoft Teams Meeting) - Elizabeth Salerno
- **15:00 - 15:30 Commissioner Danly** - Rich Glick
- **16:00 - 16:15 Call Allison**

## Friday, April 29

- **← 0:00 (b) (6)** Out
- **Reminder ACP Conference Travel Arrangements**
- **9:00 - 9:30 Prep Call for AEE Transmission Webinar** (Zoom)
- **10:00 - 10:30 Meeting with Chairman Richard Glick, FERC** (Microsoft Teams Meeting) - S1_schedule
- **11:00 - 11:30 Organization of MISO States (OMS)** (Microsoft Teams Meeting) - Rich Glick
- **11:30 - 12:00 Scheduling Meeting** (Microsoft Teams Meeting) - Rich Glick
- **13:00 - 13:30 Invenergy CEO Michael Polsky** (Microsoft Teams)
- **13:30 - 13:45 Sarah & Rich 1:1** (Sarah to call Rich) - Rich Glick
- **14:00 - 14:30 Chairman Glick -- Commissioner Phillips** - Rich Glick
- **14:30 - 15:00 Glenfarne Group** (Microsoft Teams Meeting) - Rich Glick
- **15:30 - 17:30 BLOCK (Do not schedule)**
- **15:30 - 16:00 Montina/Rich Check-in** - Montina Cole

## Saturday, April 30

## Sunday, May 1

# May 2, 2022 - May 8, 2022

|  | May 2022 | | | | | | | | June 2022 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Su | Mo | Tu | We | Th | Fr | Sa | Su | Mo | Tu | We | Th | Fr | Sa |
|  | | | | | | | | | | | 1 | 2 | 3 | 4 |
|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|  | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
|  | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
|  | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 26 | 27 | 28 | 29 | 30 | | |
|  | 29 | 30 | 31 | | | | | | | | | | | |

## Monday, May 2

- 8:45 - 9:00 278e Due on May 16
- 10:15 - 11:00 Conversation - Matthew Christiansen
- 11:00 - 12:00 Team Glick Staff Meeting (Hybrid (112-4 Executive Conference Room & Microsoft Teams)) - Rich Glick
- 13:00 - 13:30 Sarah & Rich 1:1 (Rich's office) - Rich Glick
- 13:30 - 15:00 HOLD (No over schedule; check w John)
- 16:00 - 16:30 OE (Microsoft Teams) - Rich Glick
- 16:30 - 17:15 Commissioner Clements

## Tuesday, May 3

- 7:00 - 7:30 Arkansas Electric Co-ops Legislative "Fly-in" (Hotel Washington, Elevation Room, Washington, DC) - Rich Glick
- 9:00 - 9:45 Transmission Task Force: Co-Chairs Prep Call (Microsoft Teams Meeting) - Rich Glick
- 10:00 - 11:00 Projects (Microsoft Teams Meeting) - Rich Glick
- 11:00 - 12:00 Reading Time
- 12:00 - 12:30 AEE Webinar: "Making Connections: How to Get Transmission Built for an Advanced Energy Economy" (Zoom) - Rich Glick
- 13:00 - 15:00 BLOCK (Do not schedule)
- 15:30 - 16:00 Commissioner Christie - Rich Glick

## Wednesday, May 4

- AABE 45th National Conference (JW Marriott, Tampa, FL)
- 6:59 - 8:55 Delta Flight 457 from DCA to ATL (Confirmation # (b) (6))
- 9:52 - 11:18 Delta Flight 1532 from ATL to TPA
- 15:00 - 15:20 AABE Keynote Address
- 18:30 - 20:07 Delta Flight 2086 from TPA to ATL (Confirmation # (b) (6))

## Thursday, May 5

- ACP Flights?
- 9:00 - 9:30 OED Check-In (Microsoft Teams Meeting) - Rich Glick
- 11:00 - 11:30 OGC Monthly with Chairman Glick (Microsoft Teams Meeting) - Rich Glick
- 12:30 - 14:00 Lunch with (b) (6)
- 14:00 - 15:00 Prep for Transmission Task Force (Microsoft Teams Meeting) - Rich Glick
- 15:00 - 16:00 Reading Time: Transmission Task Force
- 15:15 - 15:45 Call
- 15:30 - 18:00 Out

## Friday, May 6

- 9:30 - 9:45 Sarah & Matt (Microsoft Teams Meeting) - Rich Glick
- 10:00 - 16:00 Federal-State Task Force on Electric Transmission (Zoom)
- 16:00 - 16:30 Montina/Rich Check-in - Montina Cole

## Saturday, May 7

## Sunday, May 8

# May 9, 2022 - May 15, 2022

| | May 2022 | | | | | | | June 2022 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Su | Mo | Tu We Th | Fr | Sa | | | Su Mo Tu We Th | Fr | Sa |
| | 1 | 2 | 3 4 5 | 6 | 7 | | | | 1 2 | 3 | 4 |
| | 8 | 9 | 10 11 12 | 13 | 14 | | | 5 6 7 8 9 | 10 | 11 |
| | 15 | 16 | 17 18 19 | 20 | 21 | | | 12 13 14 15 16 | 17 | 18 |
| | 22 | 23 | 24 25 26 | 27 | 28 | | | 19 20 21 22 23 | 24 | 25 |
| | 29 | 30 | 31 | | | | | 26 27 28 29 30 | | |

## Monday, May 9

- 10:15 - 10:30 Call
- 11:00 - 12:00 Team Glick Staff Meeting (Hybrid (112-4 Executive Conference Room & Microsoft Teams)) - Rich Glick
- 11:45 - 12:00 Huddle (Microsoft Teams Meeting) - Rich Glick
- 14:00 - 15:00 OEPI Monthly with Chairman Glick + OEPI Projects Overview - Rich Glick
- 15:00 - 16:00 Georgetown student presentation - Montina Cole
- 15:35 - 16:30 Patricia Beneke's Zoom Meeting (https://georgetown.zoom.us/j/96526378884) - (b) (6) @gmail.com

## Tuesday, May 10

- At FERC (In-Person Mtgs.)
- 9:15 - 10:00 Commissioner Clements
- 11:00 - 11:30 IN-PERSON: California Problem Solvers Caucus (CA State Legislators) (112-4 ECR - Executive Conference Room) - Rich Glick
- 11:30 - 12:00 Discuss/Prep for NERC Board Mtg. - Rich Glick
- 12:30 - 13:00 OER/OGC (Microsoft Teams Meeting) - Rich Glick
- 13:00 - 15:00 BLOCK (Do not schedule)
- 15:00 - 15:30 PPL (Microsoft Teams Meeting) - Rich Glick
- 18:00 - 19:00 ESCC-EGCC Industry-Government Meeting (WebEx Meeting) - ESCC Secretariat

## Wednesday, May 11

- 10:00 - 10:30 OPP Monthly (Microsoft Teams Meeting) - Rich Glick
- 10:30 - 11:00 Tesla (Microsoft Teams Meeting) - Rich Glick
- 12:30 - 13:00 Discuss OEP In-Person Activities (Microsoft Teams Meeting) - Rich Glick
- 13:00 - 15:00 BLOCK (Do not schedule)
- 15:30 - 16:00 OEMR Monthly with Chairman Glick (Microsoft Teams Meeting) - Rich Glick

## Thursday, May 12

- 8:30 - 9:30 NERC Q2 Board of Trustees Mtg. (WebEx) - Rich Glick
- 9:30 - 10:00 OED Check-In (Microsoft Teams Meeting) - Rich Glick
- 10:30 - 11:00 CLEANPOWER 2022 Prep Call w/ Heather Zichal (Microsoft Teams) - Rich Glick
- 12:00 - 17:00 Out

## Friday, May 13

- At FERC HQ In person Meetings
- 10:00 - 10:30 Meeting with Chairman Richard Glick, FERC (Microsoft Teams Meeting) - S1_schedule
- 10:30 - 11:00 OEA Check-In (Microsoft Teams Meeting) - Rich Glick
- 11:00 - 11:15 Cheniere CEO Jack Fusco (Chairman's Conference Line) - Rich Glick
- 11:30 - 12:00 CPUC Commissioner John Reynolds (Microsoft Teams Meeting) - Rich Glick
- 12:00 - 13:00 OEA Preview & Planning - May Open Mtg. (Microsoft
- 13:00 - 13:30 Commissioner Danly - Rich Glick
- 13:30 - 14:00 Scheduling Meeting (Microsoft Teams Meeting) - Rich
- 14:00 - 14:30 Chairman Glick -- Commissioner Phillips - Rich Glick
- 15:00 - 15:30 Biweekly with Ali A. Zaidi (WHO) (Zoom) - Rich Glick
- 15:30 - 16:15 EJ Analysis briefing (Microsoft Teams Meeting) - Rich
- 15:30 - 16:00 Montina/Rich Check-in - Montina Cole

## Saturday, May 14

## Sunday, May 15

# May 16, 2022 - May 22, 2022

| May 2022 | | | | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

| June 2022 | | | | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

## Monday, May 16

**0:00 American Clean Power Annual Conference** (San Antonio, TX) →

**9:20 - 12:35 Southwest Flight 1640 from DCA to DAL** (Confirmation: (b) (6))

**11:00 - 12:00 Team Glick Staff Meeting** (Hybrid (112-4 Executive Conference Room & Microsoft Teams)) - Rich Glick

**14:50 - 15:55 Southwest Flight 1722 from DAL to SAT**

**16:30 - 17:00 Holiday Inn San Antonio Riverwalk: Confirmation -** (b) (6) (217 N St Mary's  San Antonio, TX 78205-2303)

## Tuesday, May 17

← **0:00 American Clean Power Annual Conference** (San Antonio, TX)

**9:00 - 9:30 Team Glick Huddle** (Microsoft Teams Meeting) - Rich Glick

**10:40 - 11:00 At Green Room** (CLEANPOWER) - Rich Glick

**11:00 - 12:00 Welcome & General Session** (Main Stage, Henry Gonzalez Convention Center, San Antonio, TX) - Rich Glick

**17:30 - 19:40 Southwest Flight 2055 from SAT to BNA** (Confirmation: (b) (6))

## Wednesday, May 18

**In-Person: SRP at FERC HQ**

**8:30 - 9:00 IN-PERSON Salt River Project** (112-4 ECR - Executive Conference Room) - Rich Glick

**9:15 - 10:00 Commissioner Clements**

**10:00 - 10:30 Pipeline Jet Fuel Updates - May Discussion** (Microsoft Teams Meeting) - Thomas Stone

**10:30 - 11:00 Airline Jet Fuel Updates - May Discussion** (Microsoft Teams Meeting) - Matthew Petersen

**12:00 - 13:00 May Commissioner's Brown Bag Lunch** (112-4 ECR - Executive Conference Room) - Rich Glick

**13:00 - 14:00 Prep w/ OEA for Open Mtg. & Press Conference** (Microsoft Teams Meeting) - Rich Glick

**14:00 - 14:30 Commissioner Christie** - Rich Glick

**14:30 - 15:00 BLOCK (Do not schedule)**

**15:00 - 17:30 Out**

## Thursday, May 19

**9:30 - 9:45 Call** - Rich Glick

**10:00 - 12:00 Commission Meeting**

**11:40 - 12:10 Team Glick Commission Meeting Post Huddle** (Microsoft Teams Meeting) - Rich Glick

**13:00 - 15:00 BLOCK (Do not schedule)**

**14:00 - 14:30 Chairman's Press Conference - May (Leaders)** (Teleconference: 1-800-857-9730, (b) (6)) - Adriane Bowman

**15:30 - 16:00 Biweekly with Ali A. Zaidi (WHO)** (Zoom) - Rich Glick

## Friday, May 20

(b) (6) **Out**

**9:00 - 10:00 Virtual Coffee with Chairman Glick** (Microsoft Teams Meeting) - Rich Glick

**11:00 - 11:30 Call**

**12:00 - 13:00 Solicitor Bob Solomon** (Microsoft Teams) - Rich Glick

**13:00 - 13:30 Judge Cintron** (Microsoft Teams Meeting) - Rich Glick

**14:00 - 14:30 Chairman Glick -- Commissioner Phillips** - Rich Glick

**15:30 - 16:00 Montina/Rich Check-in** - Montina Cole

## Saturday, May 21

## Sunday, May 22

# May 23, 2022 - May 29, 2022

May 2022
Su Mo Tu We Th Fr Sa
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

June 2022
Su Mo Tu We Th Fr Sa
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30

## Monday, May 23

- 0:00 (b) (6) Out →
- (b) (6) ↻
- 10:30 - 11:00 Chat (Rich's Office) - Rich Glick
- 11:00 - 12:00 Team Glick Staff Meeting (Hybrid (112-4 Executive Conference Room & Microsoft Teams)) - Rich Glick ↻
- 14:00 - 14:30 Touch Base IBR (CH-1 Suite - PQ Office) - Pamela Quinlan - CH
- 16:00 - 17:00 NERC one-on-one (WebEx) ↻

## Tuesday, May 24

- ← (b) (6) Out →
- 9:00 - 9:30 OED Check-In (Microsoft Teams Meeting) - Rich Glick ↻
- 9:30 - 10:00 One-on-one virtual coffee with (b) (6) (Microsoft Teams Meeting) - Rich Glick
- 11:00 - 11:30 American Public Power Association (Microsoft Teams Meeting) - Rich Glick
- 12:30 - 13:00 Chairman's Monthly Intelligence Update (ICD) (Microsoft Teams Meeting) - Rich Glick ↻
- 13:00 - 15:00 BLOCK (Do not schedule) ↻

## Wednesday, May 25

- ← (b) (6) Out →
- 9:15 - 10:00 Commissioner Clements ↻
- 10:00 - 10:30 OER Director Interview: (b) (6) (Microsoft Teams Meeting) - Rich Glick
- 10:30 - 11:00 Briefing (b) (5) - Rich Glick
- 11:30 - 12:00 Commissioner Danly - Rich Glick ↻
- 13:00 - 15:00 BLOCK (Do not schedule) ↻
- 15:00 - 15:30 Touch Base on NSTAR Park City Wind (Microsoft Teams Meeting) - Rich Glick
- 15:45 - 21:15 Out

## Thursday, May 26

- ← (b) (6) Out →
- 0:00 In Denver →
- 0:00 (b) (6) Out →
- Tampa Uber/Taxi receipts & San Diego trip receipts to Adriane and John
- 8:00 - 13:00 Out
- 14:00 - 14:15 (b) (5) Planning (Microsoft Teams Meeting) - Rich Glick
- 15:30 - 16:00 OER Director Interview: (b) (6) (Microsoft Teams Meeting) - Rich Glick
- 16:00 - 16:30 OER Director Interview: (b) (6) (Microsoft Teams Meeting) - Rich Glick

## Friday, May 27

- ← 0:00 (b) (6) Out →
- ← 0:00 In Denver
- ← 0:00 (b) (6) Out →
- (b) (6) out
- 10:30 - 11:00 Chairman Glick & NextEra re: Interconnection (Microsoft Teams Meeting) - Rich Glick
- 11:30 - 12:00 Scheduling Meeting (Microsoft Teams Meeting) - Rich Glick ↻
- 14:00 - 14:30 Chairman Glick -- Commissioner Phillips - Rich Glick ↻

## Saturday, May 28

## Sunday, May 29

# May 30, 2022 - June 5, 2022

May 2022
SuMo TuWe Th Fr Sa
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

June 2022
SuMo TuWe Th Fr Sa
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30

## Monday, May 30

- Office Closed Memorial Day

## Tuesday, May 31

- (b) (6) Out
- Introduce interns: (b) (6)
- Turn in old laptop
- 9:10 - 9:55 Team Glick Staff Meeting (Hybrid (112-4 Executive Conference Room & Microsoft Teams)) - Rich Glick
- 10:00 - 10:30 Meeting with Chairman Richard Glick, FERC (Microsoft Teams Meeting) - S1_schedule
- 11:00 - 12:00 Projects (Microsoft Teams Meeting) - Rich Glick
- 12:00 - 12:30 OEP Monthly w/ Chairman (Microsoft Teams Meeting) - Rich Glick
- 12:30 - 13:30 Program Offices Meeting (Hybrid (112-4 Executive Conference Room & Microsoft Teams)) - Rich Glick
- 13:30 - 15:30 BLOCK (Do not schedule)
- 15:30 - 16:00 Commissioner Christie - Rich Glick

## Wednesday, June 1

- IN PERSON MEETING FERC HQ
- 9:15 - 10:00 Commissioner Clements
- 11:00 - 11:30 IN-PERSON TotalEnergies (112-4 ECR - Executive Conference Room) - Rich Glick
- 11:30 - 12:00 HOLD for TotalEnergies Overtime - Rich Glick
- 12:00 - 12:30 American Transmission Company (Microsoft Teams Meeting) - Rich Glick
- 12:30 - 13:00 Connect w/ Jim Robb on Sec. Granholm Briefing (WebEx) - Rich Glick
- 13:00 - 15:00 BLOCK (Do not schedule)
- 15:00 - 15:30 OE (Microsoft Teams) - Rich Glick
- 15:30 - 16:00 American Clean Power Association (Microsoft Teams Meeting) - Rich Glick
- 16:00 - 18:00 Out
- 18:00 - 18:30 ACPS Zoom Call

## Thursday, June 2

- IN PERSON
- 9:30 - 10:00 CH-1 Briefing: Tree Re-planting for Atlantic Coast Pipeline (Microsoft Teams Meeting) - Rich Glick
- 10:00 - 10:30 OGC Monthly with Chairman Glick (Microsoft Teams Meeting) - Rich Glick
- 10:30 - 11:00 Prep Session (Microsoft Teams Meeting) - Rich Glick
- 11:00 - 12:15 BLOCK (Do not schedule)
- 12:25 - 12:45 12:25pm: Travel to American Rivers Board Mtg. - Rich Glick
- 12:45 - 13:15 American Rivers Board Meeting (300 New Jersey Ave
- 12:45 - 13:15 American Rivers' June Board Meeting (America's
- 13:15 - 13:45 Travel from American Rivers Board Mtg. - Rich Glick
- 14:00 - 14:30 NASUCA (Microsoft Teams) - Rich Glick
- 14:30 - 15:00 OED re: Remote Work Pilot Program (Microsoft Teams
- 15:30 - 18:00 Out

## Friday, June 3

- IN PERSON
- 9:30 - 10:00 Virtual Coffee w/ Interns (Microsoft Teams Meeting) - Rich Glick
- 10:15 - 10:45 Travel to DOE (Depart P2 East) - Rich Glick
- 10:45 - 11:45 Summer Assessment Briefing for Sec. Granholm (DOE Forrestal, 1000 Independence Ave SW, Washington, DC 20585) - Rich Glick
- 11:45 - 12:15 Travel from DOE - Rich Glick
- 14:00 - 14:30 Chairman Glick -- Commissioner Phillips - Rich Glick
- 15:30 - 16:00 Montina/Rich Check-in - Montina Cole

## Saturday, June 4

## Sunday, June 5

# June 6, 2022 - June 12, 2022



| June 2022 | July 2022 |
|---|---|
| SuMo TuWe Th Fr Sa | SuMo TuWe Th Fr Sa |
| 1 2 3 4 | 1 2 |
| 5 6 7 8 9 10 11 | 3 4 5 6 7 8 9 |
| 12 13 14 15 16 17 18 | 10 11 12 13 14 15 16 |
| 19 20 21 22 23 24 25 | 17 18 19 20 21 22 23 |
| 26 27 28 29 30 | 24 25 26 27 28 29 30 |
| | 31 |

## Monday, June 6

0:00 (b) (6) out →

9:30 - 10:00 **Preview of Week with PQ/BW/AB** (Hybrid (112-4 Executive Conference Room & Teams)) - Rich Glick

10:00 - 10:30 **Senior Staff Meeting** (Hybrid (112-4 Executive Conference Room & Microsoft Teams)) - Rich Glick

11:00 - 12:00 **Team Glick Staff Meeting** (Hybrid (112-4 Executive Conference Room & Microsoft Teams)) - Rich Glick

13:00 - 14:00 **Program Offices Meeting** (Hybrid (112-4 Executive Conference Room & Microsoft Teams)) - Rich Glick

14:00 - 15:00 **Migrate files from old laptop to OneDrive**

15:00 - 15:30 **OER/OGC** (Microsoft Teams Meeting) - Rich Glick

## Tuesday, June 7

←(b) (6) out →

**In-person Meeting at FERC HQ**

11:30 - 12:00 **OPP Monthly Check-in** (Microsoft Teams Meeting) - Rich Glick

12:00 - 12:30 **IN-PERSON Alaska Power Association** (112-1 Comm Library) - Rich Glick

13:00 - 15:00 **BLOCK (Do not schedule)**

15:00 - 15:30 **IN-PERSON: Electricity Canada** (112-1 Comm Library) - Rich Glick

16:00 - 16:15 **E-2 Discussion w/ Liz & Jessica** (Liz/Jessica to 3-way call Rich) - Rich Glick

17:30 - 18:00 **Travel voucher docs to AB**

## Wednesday, June 8

←(b) (6) out →

9:15 - 10:00 **Commissioner Clements**

10:30 - 11:00 **Xcel Energy** (Microsoft Teams Meeting) - Rich Glick

11:00 - 11:30 **OEIS** (Microsoft Teams) - Rich Glick

11:30 - 12:00 **Commissioner Danly** - Rich Glick

12:00 - 12:30 **PG&E** (Microsoft Teams Meeting) - Rich Glick

13:00 - 13:45 **Jim Robb NERC** (WebEx) - Rich Glick

13:45 - 14:30 **BLOCK (Do not schedule)**

14:30 - 15:30 Out (b) (6)

15:30 - 20:30 Out

## Thursday, June 9

←(b) (6) out →

9:15 - 10:00 **EIS Conversation** (Microsoft Teams Meeting) - Rich Glick

10:00 - 10:30 **EarthJustice** (Microsoft Teams Meeting) - Rich Glick

11:00 - 11:30 **OED Check-In** (Microsoft Teams Meeting) - Rich Glick

12:00 - 12:15 **Send Adriane travel receipts for Tampa & San Antonio**

13:00 - 14:00 **Interregional Transmission** (Microsoft Teams Meeting) - Rich Glick

14:00 - 16:00 **BLOCK (Do not schedule)**

## Friday, June 10

←0:00 (b) (6) out →

**IN-PERSON**

9:00 - 9:30 **IN-PERSON COO of Hydro-Québec's U.S. subsidiary, Serge Abergel** (112-1 Comm Library) - Rich Glick

10:00 - 11:00 **June Virtual Coffee with Chairman Glick** (Microsoft Teams Meeting) - Rich Glick

11:00 - 11:30 **OEA Check-In** (Microsoft Teams Meeting) - Rich Glick

11:30 - 12:15 **Scheduling Meeting** (Microsoft Teams Meeting) - Rich Glick

12:45 - 13:00 **12:45pm: EL- Docket Caption Issue** (Microsoft Teams Meeting) - Rich Glick

13:00 - 13:30 **EA Discussion** (Microsoft Teams Meeting) - Rich Glick

14:00 - 14:30 **Chairman Glick -- Commissioner Phillips** - Rich Glick

14:30 - 15:30 **OEA Preview & Planning: June Open Mtg.** (Microsoft

15:30 - 16:00 **Montina/Rich Check-in** - Montina Cole

## Saturday, June 11

## Sunday, June 12