UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR ENERGY RESEARCH,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br><br>Defendant. | Civil Action No. 22-3420 (BAH)<br><br>Judge Beryl A. Howell |

# ORDER

Upon consideration of defendant Federal Energy Regulatory Commission's Motion for Summary Judgment, ECF No. 19, and the related legal memoranda in support and in opposition, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby:

**ORDERED** that defendant's Motion for Summary Judgment, ECF No. 19, is **GRANTED IN PART** and **DENIED IN PART**; it is further

**ORDERED** that defendant's Motion for Summary Judgment is **GRANTED** with respect to (1) the adequacy of its search; and (2) its redactions, pursuant to Exemption 5 of the Freedom of Information Act, 5 U.S.C. § 552(b)(5); and (3) its redactions pursuant to Exemption 6 of the Freedom of Information Act, 5 U.S.C. § 552(b)(6), except as to the name of the lobbyist who met with Federal Energy Regulatory Commission Commissioner and Chairman Richard Glick at 12:30 p.m. on May 5, 2022; it is further

**ORDERED** that defendant's Motion for Summary Judgment with respect to its redaction pursuant to Exemption 6 of the Freedom of Information Act, 5 U.S.C. § 552(b)(6), of the name of the lobbyist who met with Federal Energy Regulatory Commission Commissioner and Chairman Richard Glick at 12:30 p.m. on May 5, 2022, which defendant concedes "should definitely not

1

have [been] withheld," Def.'s Errata Concerning Reply Mem. Supp. Summ. J., Ex. A, at 14, ECF No. 23-1, is **DENIED**; it is further

**ORDERED** that defendant disclose to plaintiff, by February 26, 2024, the name of the lobbyist who met with Federal Energy Regulatory Commission Commissioner and Chairman Richard Glick at 12:30 p.m. on May 5, 2022; and it is further

**ORDERED** that the Clerk of the Court is directed to close this case.

**SO ORDERED.**

*This is a final and appealable order.*

Date:   February 12, 2024

 

_____
**BERYL A. HOWELL**
United States District Judge